FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST RAYMOND RODRIGUEZ,<br>Plaintiff(s),<br>v.<br>CITY OF LONG BEACH, ET AL.,<br>Defendant(s). | CASE NO. **SACV 10-0271-DOC(ANx)**<br><br>**SPECIAL VERDICT** |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 18 2011
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ERNEST RAYMOND RODRIGUEZ, an individual;

Plaintiff,

vs.

CITY OF LONG BEACH; LONG BEACH POLICE DEPARTMENT; JONATHAN A. STEINHAUSER; and DOES 1-10,

Defendants.

**CASE NUMBER:**

**SACV10-00271 DOC (ANx)**

Assigned to Hon. David O. Carter
Dept 9-D

**SPECIAL VERDICT**

Complaint Filed: April 6, 2010
**Trial Date: September 27, 2011**

**QUESTION NO. 1:**

Did Officer Steinhauser violate Ernest Rodriguez' constitutional rights by using excessive force while arresting him?

**ANSWER TO QUESTION NO. 1:**

Yes: ___X___

No: ________

Answer Question No. 2.

**QUESTION NO. 2:**

Did Officer Steinhauser violate the Bane Act by using excessive force?

**ANSWER TO QUESTION NO. 2:**

Yes: X

No: ______

Answer Question No. 3.

**QUESTION NO. 3:**

Did Officer Steinhauser batter Ernest Rodriguez?

**ANSWER QUESTION NO. 3:**

Yes: ______

No: X

If you answered "no" to Questions 1, 2, and 3, do not answer any further questions, sign and return this Verdict.

If you answered "yes" to either Questions 1 or Question 2 or Question 3, answer Question No. 4.

**QUESTION NO. 4:**

Was the conduct of Officer Steinhauser a substantial factor in causing damages to Ernest Rodriguez?

**ANSWER TO QUESTION NO. 4:**

Yes: X

No: ______

If you answered Question No. 4 "yes", answer Question No. 5.

If you asnwered Question No. 4 "no", answer no further questions and sign and return this Verdict.

**QUESTION NO. 5:**

What are Ernest Rodriguez's damages?

**ANSWER TO QUESTION NO. 5:**

Economic: 59,880.01

Non Economic: ——————

Total: 59,880.01

Answer Question No. 6.

**QUESTION NO. 6:**

Was Ernesto Rodriguez contributorily negligent?

**ANSWER TO QUESTION NO. 6:**

Yes: ___X___

No: ________

If you answered Question No. 6 "no", answer no further questions and sign and return this Verdict.

If you answered Question No. 6 "yes", answer Question No. 7.

**QUESTION NO. 7:**

Was the negligence of Ernest Rodriguez a substantial factor in causing his damages?

**ANSWER TO QUESTION NO. 7:**

Yes: ___X___

No: ________

If you answered Question No. 7 "no", answer no further questions and sign and return this Verdict.

If you answered Question No. 7 "yes", answer Question No. 8.

**QUESTION NO. 8:**

Assuming 100% is the total amount of fault, what percentage is attributable to Officer Steinhauser and what percentage is attributable to Ernest Rodriguez?

Officer John Steinhauser: __35__%

Ernest Rodriugez __65__%

100%

DATED: November 18, 2011

________________________

FOREMAN